**FILED**
JUN 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In The United States District Court
For The District of Columbia

David Wattleton
50260-019
Federal Medical Center-Devens
P.O. Box 879
Ayer, MA 01432
    Plaintiff,

v.

John Doe, Post Master
United States Postal Service
Washington, D.C.
    Defendant.

CASE NUMBER 1:05CV01263
JUDGE: Unassigned
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 06/23/2005

RECEIVED
JUN - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMPLAINT UNDER
42 U.S.C. § 1983

COMES NOW, the plaintiff David Wattleton, through pro se, files this civil action pursuant to 42 USC § 1983 against John Doe, Post Master for the United States Postal Service in Washington, D.C., alleging that the defendant violated his First Amendment right to send mail and to be free from retaliation for accessing the courts. The plaintiff seeks a preliminary injunction in the form of an order from this court enjoining the defendant from

-1-

1

refraining from interferring and denying him his right to send mail and interferance with his right to access the courts. He also request appointment of cousel pursuant to 28 USC. § 1915(e).

## Background

On or about May 23, 2005, the plaintiff put a letter addressed to family member into the prison mail with proper postage affixed to ensure delivery. On or about June 1, 2005, the letter was returned to the plaintiff by prison officials as unable to send mail to the state of Wisconsin. After close examination the plaintiff determined that the letter did leave the prison and was stamped by postal officials in Ayer, Massachusetts. What is not clear is why the plaintiff's letter could not be sent to Milwaukee, Wisconsin. The plaintiff asserts that he has sent letters to Milwaukee on prior occassions and has had no problems with delivery before now. He believes that postal authorities in Milwaukee Wisconsin refuse to accept his letters for delivery and are in violation of his First Amendment right to send letters and access the courts.

## Argument

The plaintiff believes that postal authorities in Milwaukee, Wisconsin refuse to accept his letters for delivery to family members which interfers with his access to the courts a violation of the plaintiff's First Amendment rights. He asserts that he has a First Amendment right to send mail. See, Hudson v Palmer, 468 U.S. 517, 547, 104 S.Ct. 3194, 82 L.Ed 2d 393 (1984). He asserts that in order for the postal directors to place restrictions on his right to send mail it must be predicated upon a legitimate penological interest. Bounds v Smith, 430 U.S. 817, 821, 97 S.Ct. 1491, 52 L.Ed 2d 72 (1977). Here, the plaintiff argues that the government's objective to refuse to accept delivery of his letters to family members is because the letters contain legal information important to the plaintiff's legal case and the defendant is expressing its displeasure with the content of the plaintiff's letters. This runs afoul of the First Amendment.

The plaintiff argues that he must communicate with family members by mail as he does not have enough funds to call and he must send legal documents to family members so that these documents could be sent to the courts or to an attorney. So by depriving the plaintiff of his right to send letters to Milwaukee, Wisconsin the government is denying him his right to access the courts. See, Lewis v Casey, 518 U.S. 343, 354-55, 116 S.Ct. 2174, 135 L.Ed 2d 606 (1996); See also, Turner v Safley, 482 US. 78, 89, 107 S.Ct. 2254, 96 L.Ed 2d 64 (1987).

-3-

In conclusion, the plaintiff believes that the defendant may have been acting on a tip from the Federal Bureau of Prisons at the Federal Medical Center-Devens, at Ayer, Massachusetts and intentionally refused to accept delivery of his letters to family members based on its content and such restrictions on the plaintiff's First Amendment right to send mail is invalid.

Therefore, the plaintiff request an order from this Court consistent with the above.

Respectfully submitted,

*Daniel Watt[signature]*

Dated: This 7th day of June, 2005.