In The United States District Court
For The District of Columbia

David Wattleton
50260-019
Federal Medical Center-Devens
P.O. Box 879
Ayer, MA 01432,
  Plaintiff,

v.

John Doe, Post Master
United States Postal Service
Washington, D.C.,
  Defendant.

05 1263

Motion To Proceed
Informa Pauperis

COMES NOW, the plaintiff, David Wattleton, through pro se, request leave from this Court to proceed informa Pauperis without being subjected to the affidavit requirement because the plaintiff is civilly committed and not a "prisoner" within the meaning of 28 U.S.C. § 1915(h). See, Perkins v Hedricks, 340 F3d 582 (8th Cir 2003); Kolocotronis v Morgan, 247 F3d 726 (8th Cir 2001); See also, LaFontant v INS, 135 F3d 158 (D.C. Cir 1998).

Respectfully submitted,

David Wattleton