UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Wattleton, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1263 |
| | ) |
| John Doe, | ) |
| | ) |
| Defendant. | ) |

ORDER

Plaintiff has submitted a notice of appeal of "the dismissal of his 42 U.S.C. Section 1983 complaint adopted by this Court as the judgment in this case on or about July 18, 2005." The Court has not dismissed this case and no judgment has been entered. Plaintiff is overdue in responding to the Order filed on June 23, 2005, which directed him to provide within thirty days a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of this complaint. The Court cannot rule on plaintiff's pending motion to proceed *in forma pauperis* without the information and plaintiff has not tendered the $250.00 filing fee. Accordingly, it is

ORDERED that the Clerk shall return the notice of appeal to plaintiff without filing it; and it is

FURTHER ORDERED *sua sponte* that the time for plaintiff to comply with the June 23 Order is ENLARGED. Within thirty (30) days of this Order, plaintiff shall either provide the requested information or pay the filing fee of $250.00. His failure to do either within the time provided will result in dismissal of the case.

Date: 9/2/05

/s/ _____
United States District Judge